NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARVIN SIMON, as Authorized Representative For the Marvin Simon Trust, as amended, for Palm Investors, LLC and for the Jeffrey Markman 1993 Irrevocable Trust, MARILYN SIMON, CLAUDE HARRIS, ANN HARRIS, BEN SIMON, HEIDI SIMON, BRITT SIMON, KIM FINK, ANDREW FINK, AMY GOLDBERG, STEFAN RESSING, Individually and as Trustee of the S. Ressing 1999 Trust, FITZROY VENTURES, LLC, MICHAEL LE, Individually and as Trustee of the ML Lee 1999 Trust, and MACKENZIE VENTURES LLC,<br><br>Plaintiffs,<br>vs.<br><br>KPMG LLP AND SIDLEY AUSTIN BROWN & WOOD LLP, f/k/a BROWN & WOOD, LLP,<br><br>Defendants | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 05-CV-3189 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter having come before the Court upon motion by Class Counsel/Plaintiffs to seal materials pursuant to Local Civil Rule 5.3(c)(3), and the Court having considered all submissions, and for the reasons stated in the Order issued by the Court on this same day,

IT IS on this 24th day of February, 2005;

**ORDERED** that Class Counsel/Plaintiffs motion to seal is **denied**.

                                                        S/ Dennis M. Cavanaugh
                                                        DENNIS M. CAVANAUGH, U.S.D.J.

Date:        February 24, 2006
Original:    Clerk's Office
cc:          All Counsel of Record
              The Honorable Mark Falk, U.S.M.J.